Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

EDWARD L. LARKIN, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY et al., Respondents.

*Conversion — literary property — action to recover for alleged appropriation by defendants of plans prepared by plaintiff for the improvement of their property.*

*Larkin* v. *Penn. R. R. Co.*, 216 App. Div. 832, affirmed.
(Argued May 6, 1927; decided May 20, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 10, 1926, unanimously affirming a judgment in favor of defendants entered upon an order of Special Term granting a motion by defendants for judgment on the pleadings. The complaint alleged that the defendants respectively were interested in or owned the land upon which the Pennsylvania Hotel now stands; that beneath part of the land are the tunnels and tracks of railroads; that the defendants desired to erect thereon a hotel structure; that they informed the plaintiff that their engineer had said this would be impracticable to a height of more than twelve stories; that the plaintiff was interested with associates in securing the contract to construct this hotel; that he prepared plans for the construction of a twenty-five-story hotel building and plans for the construction of a thirty-one-story hotel building; that he delivered these plans to the defendants in furtherance of the negotiations by which he and his associates hoped to secure the contract, and that the defendants used his foundation plans and did not award him the contract. Damages were demanded for the alleged appropriation of plaintiff's literary property, by which he claimed the defendants were unjustly enriched.

Prepared by State Reporter from Appeal Papers

*Henry A. Uterhart, Joseph Gazzam, John T. Dooling* and *Alfred M. Schaffer* for appellant.

*Martin Conboy, David Asch, Philip W. Boardman* and *Harold G. Wentworth* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ALEX BURKES, Appellant, *v.* WILLIAM LIEBERMAN, Respondent.

*Negligence — motor vehicles — pedestrian injured by stone struck and thrown by passing automobile — insufficiency of proof of negligence on part of driver.*

*Burkes* v. *Lieberman*, 218 App. Div. 600, affirmed.

(Argued May 6, 1927; decided May 20, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1926, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that while plaintiff was walking along a country road a passing automobile struck a pile of stones throwing one of them into the air in such manner that it struck plaintiff, causing the injuries complained of. The Appellate Division held that the testimony did not show negligence on the part of the driver.

*William B. Shelton* and *David Batt* for appellant.

*George F. Hickey, Henry L. Ughetta* and *William Butler* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.